IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARGARET COURTNEY KERN and ESTATE OF CRAIG KERN,<br><br>      *Plaintiffs*,<br><br>    v.<br><br>LISA BERRONE QUINN and EDWARD QUINN,<br><br>      *Defendants*. | CIVIL ACTION<br>NO. 20-03105 |

## ORDER

**AND NOW**, this 18th day of February 2021, upon consideration of Defendants' Motion to Dismiss, (ECF No. 4), and Plaintiffs' Response, (ECF No. 7), it is **ORDERED** that the Motion is **GRANTED**.  The Complaint is **DISMISSED without prejudice**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1